UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

SHEET METAL WORKERS
INTERNATIONAL ASSOCIATION LOCAL
No. 18,

    Plaintiff,

        v.

AIR CLIMATE SYSTEMS, INC. and
ALL CLIMATE SYSTEMS, INC.,
    Defendants.

ENTRY OF DEFAULT

07-cv-606-bbc

---

    Plaintiff requests that the clerk of court enter default against defendants Air Climate Systems, Inc. and All Climate Systems, Inc., pursuant to Federal Rule of Civil Procedure 55(a). On March 4, 2008 this court granted plaintiff's motion to strike defendants' answer. It appearing from the record that defendants have failed to appear, plead, or otherwise defend, the default of defendants Air Climate Systems, Inc. and All Climate Systems, Inc. is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

    Dated this 2nd day of June, 2008.

/s/
Theresa M. Owens
Clerk of Court