UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

SHEET METAL WORKERS INTERNATIONAL
ASSOCIATION LOCAL No. 18

            Plaintiff,

v.                                            Case No. 07-C-0606-C

AIR CLIMATE SYSTEMS, INC. and
ALL CLIMATE SYSTEMS, INC.

            Defendants.

---

### ORDER FOR JUDGMENT

Request and application for default judgment brought by the plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

    1.    Defendants Air Climate Systems, Inc. and All Climate Systems, Inc. have failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

    2.    Air Climate Systems, Inc. and All Climate Systems, Inc., violated the Labor-Management Relations Act of 1947, as amended and the effective collective bargaining agreement by failing to comply with the Local Joint Adjustment Board's decision.

    3.    The court assesses the total damages to the plaintiffs in the sum of $403,296.43.

1

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of plaintiffs, Sheet Metal Workers International Association Local Union No. 18 and against defendants Air Climate Systems, Inc. and All Climate Systems, Inc. in the amount of $403,296.43 together with interest at the rate allowed by law.

Dated this 28th day of July, 2008.

BY THE COURT

*Barbara B. Crabb*
Hon. Barbara B. Crabb
U. S. District Court Judge