UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

SHEET METAL WORKERS INTERNATIONAL
ASSOCIATION LOCAL No. 18

        Plaintiff,

v.                                              Case No. 07-C-0606-C

AIR CLIMATE SYSTEMS, INC. and
ALL CLIMATE SYSTEMS, INC.

        Defendants.

---

### ENTRY OF JUDGMENT ON THE DECISION BY THE COURT

---

    This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

    **IT IS ORDERED AND ADJUDGED** that the Plaintiffs, Sheet Metal Workers International Association Local No. 18, recover from the Defendants Air Climate Systems, Inc. and All Climate Systems, Inc. the sum of $403,918.74 with interest thereon at the rate that is provided by law.

    Dated at Madison, Wisconsin, this 28th day of July, 2008.

                                                     Clerk of Court

                                                   Deputy Clerk

Approved as to form this 28th day of July, 2008.

                                                   Barbara B. Crabb
                                                 District Judge



cc: Defts.